# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:21-cr-00540 |
| **Plaintiff,** | **JUDGE PAMELA A. BARKER** |
| -vs- | |
| **JOHN LAZUKA,** | **ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| **Defendant.** | |

The above Defendant, accompanied by counsel, proffered a plea of guilty before Magistrate Judge Kathleen B. Burke, to the charge in the Information. The Court finds that the Defendant proffer of guilt was made under oath knowingly, intelligently and voluntarily and that all requirements imposed by the United States Constitution and Fed.R.Crim.P. 11 are satisfied. THEREFORE, the Court adopts the Report and Recommendation of Magistrate Judge Kathleen B. Burke and accepts the Defendant's offer of guilt and finds the Defendant guilty as charged in the Information.

**IT IS SO ORDERED.**

                                                                        *s/Pamela A. Barker*
                                                                       PAMELA A. BARKER
Date: September 9, 2021                            U. S. DISTRICT JUDGE